## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOY LYNN KIRKENDALL,

    Plaintiff,

v.                                        Case No. 6:14-cv-776-Orl-37DAB

JACK PARKER; WAYNE IVEY; MIKE LEWIS; DARRELL HIBBS; SUSAN JETER; GREGORY ROBERTSON; RANDY BEVILLE; RON TOMBLIN; BRIAN SEELEY, ALAN RAINEY; and GREG DAVIS,

    Defendants.

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss (Doc. 31), filed October 6, 2014. Local Rule 3.01(b) requires that a "party opposing a motion . . . shall file within fourteen (14) days after service of the motion . . . a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages." Allotting three additional days for service, *see* Fed. R. Civ. P. 6(d), Plaintiff's response to Defendants' Motion was due by October 23, 2014. When Plaintiff failed to respond, the Court directed a response on or before November 3, 2014. (*See* Doc. 34.) The November 3 deadline has passed, and Plaintiff still has not filed a response in opposition to Defendants' motion.

Upon consideration, the Court considers Defendants' Motion to be unopposed (*see* Local Rule 3.01(b)) and finds that it is due to be granted. Accordingly, it is **HEREBY ORDERED AND ADJUDGED** that:

1. Defendants' Motion to Dismiss (Doc. 31) is **GRANTED**.

2. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** in regards to Defendants Wayne Ivey, Mike Lewis, Darrell Hibbs, Susan Jeter, Gregory Robertson, Randy Beville, Ron Tomblin, Brian Seeley, Alan Rainey, and Greg Davis. On or before Tuesday, November 25, 2014, Plaintiff may file an Amended Complaint.[1]

3. The Complaint (Doc. 1) is also is **DISMISSED WITHOUT PREJUDICE** in regards to Defendant Jack Parker for Plaintiff's failure to serve him within 120 days after the Complaint was filed. Fed. R. Civ. P. 4(m).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 5, 2014.

*[signature]*

ROY B. DALTON JR.
United States District Judge

---

[1] If Plaintiff chooses to file an Amended Complaint, the Court encourages her to make use of the resources available to pro se litigants on the Court's website at http://www.flmd.uscourts.gov/pro_se/default.htm. This litigation is well underway, and the Court will consider dismissing further iterations of the Complaint with prejudice. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (holding that pro se litigants are subject to the same law and rules of court as litigants who are represented by counsel, including the Federal Rules of Civil Procedure and the Court's Local Rules).

Copies:

Pro se Party